PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Hakeem Johnson                     Cr.: 05-00600-001
                                                     PACTS #: 44019

Name of Sentencing Judicial Officer: Faith S. Hochberg, US District Court Judge

Date of Original Sentence: 07/09/07

Original Offense: Felon in Possession of a Firearm

Original Sentence: 93 months incarceration followed by 36 months supervised release; $500 fine; $100 special assessment fee; alcohol/drug testing/treatment, financial disclosure, no new debt, and DNA testing.

Type of Supervision: Supervised Release          Date Supervision Commenced: 12/30/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the special condition which states, **'The defendant shall refrain from illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.'**

                    On December 27, 2012, the offender tested positive for cocaine and admitted to using the substance a few days prior to testing.

U.S. Probation Officer Action:

The offender has been verbally reprimanded for his noncompliance, and our office will increase urine testing. If any other instances of non-compliance arise, the Court will be notified.

                                                 Respectfully submitted,
                                                 **Maureen Kelly** Digitally signed by Maureen Kelly
                                                 By: Suzanne Golda
                                                     U.S. Probation Officer
                                                 Date: 1/3/13

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

PROB 12A - Page 2
Hakeem Johnson

_____
Signature of Judicial Officer

1/7/2013
_____
Date